STATE of Missouri, Respondent,

v.

Leslie L. RODGERS, Appellant.

No. WD 53904.

Missouri Court of Appeals, Western District.

Dec. 23, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1998.

Application for Transfer Denied March 24, 1998.

Emmett Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Leslie L. Rodgers appeals the judgment of his convictions and consecutive sentences of five years imprisonment for two counts of

child molestation in the first degree, § 566.067, RSMo 1994.

Judgment affirmed. Rule 30.25(b).